

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00496-CV

**ASA GROUP, LTD.**,
Appellant

v.

**THE UNITED INDEPENDENT SCHOOL DISTRICT** and The Laredo Community College
District,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-TXA-000750-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of this appeal assessed against appellant ASA Group, Ltd.

SIGNED September 30, 2015.

_____
Luz Elena D. Chapa, Justice